UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

V                                                      NO.    4:16-CR-40010-001

SKIP EARNEST RALPH LOMAX                                         DEFENDANT

## ORDER

Now on this 9th day of May, 2017, comes on for consideration Defendant's Unopposed Motion for Hospital Visitation [ECF 28]. Defendant seeks an Order directing the U.S. Marshals Service to transport him to and from Wadley Regional Medical Center, Texarkana, Texas, for a visit with his mother who is currently on life-support treatment. The government has no objection to this request.

The U.S. Marshals Service has assured the Court that adequate security can be provided and that the transport will not interfere with their duties. The visit shall last no more than one (1) hour and the Marshals Service will remain with the Defendant at all times and under such conditions as determined by the Service to be appropriate. The defendant shall tender payment to the U.S. Marshals Service, prior to transportation, to cover the costs of transport. Under these circumstances, the Court will grant the motion.

IT IS SO ORDERED this 9th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge